[Cite as *04/14/2003 Case Announcements,* 2003-Ohio-1869.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 14, 2003*

## MISCELLANEOUS DISMISSALS

**2002–1857.   Glick v. Sokol.**

Franklin App. No. 01AP–1224, 2002-Ohio-4731. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *04/15/2003 Case Announcements,* 2003-Ohio-1885.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 15, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0053.   Pearce v. Fouad.**

Franklin App. No. 00AP–837, 146 Ohio App.3d 496, 2001-Ohio-3986. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. On March 4, 2002, this court stayed further proceedings in this case and ordered appellee/cross-appellant to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, sua sponte, that appellee/cross-appellant file a notice advising this court of the status of the bankruptcy case, within 15 days of the date of this entry.

**2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac. R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before May 12, 2003.

**2002–1455.   State ex rel. Weist v. Mason.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before May 12, 2003.

**2002–1939.   State v. Payne.**

Harrison App. No. 01–533 CA, 2002-Ohio-5180. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On November 12, 2002, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 20 days of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).